```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 02446
   TRACY L CARLSON
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-8612
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/12/07 and confirmed on 08/09/07.

2. The case was dismissed after confirmation, 03/14/2008.

3. The Debtor paid a total of $ 4800.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 3557.67 | 121.08 | 1283.68 |
| ADVENTIST HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL RETAIL | UNSECURED | 4336.40 | .00 | 166.15 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| FNANB VISA | UNSECURED | NOT FILED | .00 | .00 |
| THD CBSD | UNSECURED | NOT FILED | .00 | .00 |
| DEERE HARVESTER CU | UNSECURED | NOT FILED | .00 | .00 |
| DRAPER & KRAMER | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| CITIZENS BANK | UNSECURED | NOT FILED | .00 | .00 |
| VON MAUR | UNSECURED | 338.92 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2360.04 | .00 | 90.42 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1184.59 | .00 | 45.39 |
| ROUNDUP FUNDING LLC | UNSECURED | 2085.74 | .00 | 79.91 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 438.21 | .00 | 16.79 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JUNIPER BANK | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST RADIOLOGY ASSO | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 874.48 | .00 | 33.51 |
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6169.65 | .00 | 236.40 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF ROMEOVILLE | UNSECURED | NOT FILED | .00 | .00 |

```
WELLS FARGO FINANCIAL BA   UNSECURED          4435.14              .00           169.93
WORLD FINANCIAL NETWORK    UNSECURED           581.70              .00            22.29
CHASE BANK                 SECURED             250.00              .00           250.00
CHASE BANK                 UNSECURED          2053.92              .00           205.39
       Summary of disbursements:
---------------------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED          OTHER           TOTAL
---------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    3807.67           .00    24858.79             .00        28666.46
PRINCIPAL PAID        1533.68           .00     1066.18             .00         2599.86
INTEREST PAID          121.08           .00          .00            .00          121.08
TOTAL PAID            1654.76           .00     1066.18             .00         2720.94
```

The Debtor's attorney, LEGAL HELPERS PC                   , was allowed $   3000.00
and was paid $    1100.00   direct and $    1900.00   through the plan.

The Trustee received $     179.06 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 06/24/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE